THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | |
|---|---|
| LISA M. DEAN and JEFFREY R. DEAN     * | |
|     * | |
| and     * | |
|     * | |
| LYNN ALISON BACKNER and     * | CIVIL ACTION _____ |
| JAMES STEVEN BACKNER     * | |
|     * | SUPERIOR COURT NO. 06-0005621 |
|                Plaintiffs,     * | |
| vs.     * | |
|     * | |
| ELI LILLY AND COMPANY,     * | |
|     * | |
|                Defendant.     * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**DEFENDANT ELI LILLY AND COMPANY'S DISCLOSURE
OF CORPORATE AFFILIATIONS AND FINANCIAL INTERESTS**

Certificate required by LCvR 7.1 of the Local Rules of the United States District Court for the District of Columbia:

I, the undersigned, counsel of record for Defendant Eli Lilly and Company, certify that to the best of my knowledge and belief, Eli Lilly and Company has no parent companies, subsidiaries, or affiliates that have any outstanding securities in the hands of the public. These representations are made in order that judges of this Court may determine the need for recusal.

Dated: August 3rd, 2006                                             Respectfully Submitted,

                                                                       SHOOK, HARDY & BACON, L.L.P.

                                                                       _/s/ Emily J. Laird_
                                                                       Michelle R. Mangrum, DC Bar No. 473634
                                                                       John Chadwick Coots, DC Bar No. 461979
                                                                       Emily J. Laird, D.C. Bar No. 485890
                                                                       600 14th Street, N.W., Suite 800
                                                                       Washington, D.C. 20005-2004
                                                                       (202) 783-8400 Telephone; (202) 783-4211 Fax

2054804v1

and

David W. Brooks
SHOOK, HARDY & BACON, L.L.P.
2555 Grand Blvd. Kansas City, Missouri 64108
(816) 474-6550 Telephone; (816) 421-5547 Fax

**ATTORNEYS FOR DEFENDANT
ELI LILLY AND COMPANY**

2

2054804v1

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on this 3rd day of August, 2006 a true and accurate copy of the foregoing has been furnished by first-class U.S. Mail, postage prepaid, to counsel of record listed below.

    Aaron M. Levine, Esq.
    Aaron Levine & Associates
    1320 19th St., NW, Suite 500
    Washington, D.C. 20036

    **Attorneys for Plaintiffs**

_____
ATTORNEY FOR DEFENDANT
ELI LILLY AND COMPANY

2054804v1