IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LISA M. DEAN, et al.,           ]<br>                                 ]<br>     Plaintiffs,                ]<br>                                 ]<br>     v.                          ]<br>                                 ]<br>ELI LILLY AND COMPANY,           ]<br>                                 ]<br>     Defendant.                  ] | Civil Action No.: 06-1375 (EGS)<br>Next Event: |

## NOTICE OF APPEARANCE

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

Pursuant to LCvR 83.6, please enter the appearance of Aaron M. Levine of AARON M. LEVINE & ASSOCIATES as counsel for plaintiffs LISA M. DEAN, JEFFREY R. DEAN, LYNN ALISON BACKNER, and JAMES STEVEN BACKNER in the above-referenced matter.

Respectfully submitted,

AARON M. LEVINE & ASSOCIATES

 /s/ Aaron M. Levine
AARON M. LEVINE, #7864
1320 19th Street, N.W., Suite 500
Washington, DC  20036
202-833-8040
Fax: 202-833-8046