IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **LISA M. DEAN, et al.,** ] | |
| ] | |
| Plaintiffs, ] | |
| ] | |
| v.  ] | Civil Action No.: 06-1375 (EGS) |
| ] | Next Event: |
| **ELI LILLY AND COMPANY,** ] | |
| ] | |
| Defendant. ] | |

### NOTICE OF APPEARANCE

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

Pursuant to LCvR 83.6, please enter the appearance of Renee L. Robinson-Meyer of AARON M. LEVINE & ASSOCIATES as counsel for plaintiffs LISA M. DEAN, JEFFREY R. DEAN, LYNN ALISON BACKNER, and JAMES STEVEN BACKNER in the above-referenced matter.

Respectfully submitted,

AARON M. LEVINE & ASSOCIATES


 /s/ Renee L. Robinson-Meyer
RENEE L. ROBINSON-MEYER, #455375
1320 19th Street, N.W., Suite 500
Washington, DC  20036
202-833-8040
Fax: 202-833-8046