IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **LISA M. DEAN, et al.,** ] | |
| ] | |
| **Plaintiffs,** ] | |
| ] | |
| v. ] | Civil Action No.: 06-1375 (EGS) |
| ] | Next Event: Initial Scheduling Conference |
| **ELI LILLY AND COMPANY,** ] | on September 26, 2006 at 10:00 a.m. |
| ] | |
| **Defendant.** ] | |

### [PROPOSED] SCHEDULING ORDER

The parties suggest the following schedule:

December 26, 2006: Deadline for serving Discovery Requests.

February 26, 2007: Deadline for plaintiffs to designate experts and provide expert reports, pursuant to Rule 26(a)(2).

April 27, 2007: Deadline for defendant to designate experts and provide expert reports, pursuant to Rule 26(a)(2).

May 29, 2007: All Discovery closed. The parties agree that experts may be deposed until the close of discovery.

June 28, 2007: Deadline for Filing Dispositive Motions.

August 2007: Pre-Trial Conference.

*N.B.   In addition, Defendant Lilly proposes October 30, 2006 as the deadline for joinder or amending the pleadings.*

DATED: _____        _____
                                                                                   EMMET G. SULLIVAN
                                                                                   United States District Judge

|  |  |
|---|---|
|  | Respectfully submitted, |
| AARON M. LEVINE & ASSOCIATES | SHOOK, HARDY & BACON, L.L.P. |
| /s/ Aaron M. Levine | /s/ Emily J. Laird (by permission-rm) |
| AARON M. LEVINE, #7864 | EMILY J. LAIRD, #485890 |
| 1320 19th Street, N.W. | 600 14th Street, N.W. |
| Suite 500 | Suite 800 |
| Washington, DC 20036 | Washington, DC 20005-2004 |
| 202/833-8040 | 202-223-1200 |
| Fax: 202-833-8046 | Fax: 202-783-4211 |
| Counsel for Plaintiffs | and |

David W. Brooks, Esq.
Mark C. Hegarty, Esq.
John F. Kuckelman, Esq.
SHOOK, HARDY & BACON, L.L.P.
2555 Grand Boulevard
Kansas City, MO 64108
816-474-6550
Fax: 816-421-5547

Counsel for Defendant Eli Lilly and Company

Dated: September 8, 2006