THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
* * * * * * * * * * * * * * * * * * * * * * * * *
LISA M. DEAN and JEFFREY R. DEAN      *
                                       *
and                                    *
                                       *
LYNN ALISON BACKNER and                *
JAMES STEVEN BACKNER                   *
                                       *   CIVIL ACTION 1:06CV01375
                                       *
               Plaintiffs,             *   JUDGE: Emmet G. Sullivan
                                       *
        vs.                            *
                                       *
ELI LILLY AND COMPANY,                 *
                                       *
               Defendant.              *
* * * * * * * * * * * * * * * * * * * * * * * * *
```

## DEFENDANT ELI LILLY AND COMPANY'S
## MOTION TO TRANSFER TO THE DISTRICT OF MASSACHUSETTS

Defendant Eli Lilly and Company ("Lilly") hereby moves to transfer this action, pursuant to 28 U.S.C. § 1404(a), to the United States District Court for the District of Massachusetts.

This case should be transferred because the District of Massachusetts is a more convenient forum than the District of Columbia, the action could have been brought in the District of Massachusetts, and transfer out of a district with absolutely no connection to the plaintiffs' cause of action is in the interest of justice. *See* 28 U.S.C. § 1404(a) (permitting transfer to a district or division where the case could have been brought in the first instance); *Piper Aircraft Co. v. Reyno*, 454 U.S. 235, 253 (1981) (district court enjoys wide discretion in deciding whether to transfer an action to a more convenient forum).

Transfer to the United States District Court for the District of Massachusetts is appropriate because it is a more convenient forum for the parties and witnesses:

134389v2

- Plaintiffs Lynn and James Backner reside in Attleboro, Massachusetts;

- Plaintiff Lisa Dean, sister of Plaintiff Lynn Backner, resided in Massachusetts for 34 years, and currently resides along with Plaintiff Jeffrey Dean in Dover, New Hampshire, which is much closer to the United States District Court for the District of Massachusetts than to this Court;

- Plaintiffs' father, a witness with substantial knowledge of facts at issue in this matter, resides in Massachusetts;

- Prior to her death, plaintiff's mother, a witness who had substantial knowledge of facts at issue in this case, resided in Massachusetts;

- The vast majority of Plaintiff Lynn Backner's doctors – who purportedly diagnosed and treated her alleged injuries – are located in Massachusetts. Each of her non-Massachusetts doctors are located within the subpoena power of the District Court for the District of Massachusetts;

- The overwhelming majority of Plaintiff Lisa Dean's doctors – who purportedly diagnosed and treated her alleged injuries – are either in Massachusetts or within the subpoena power of the District Court for the District of Massachusetts;

- The events allegedly giving rise to plaintiffs' cause of action -- the prescription, purchase, and alleged exposure to DES -- occurred in Massachusetts;

- Lilly is not aware of a single non-party fact witness who resides in the District of Columbia or is within the subpoena power of this Court;

- This case has no apparent connection to the District of Columbia except that the case was filed here; and

- The interests of justice will not be served by burdening the citizens of the District of Columbia with a case that has no connection to this forum.

Therefore, in the interests of justice and for the convenience of the parties and witnesses, the Court should transfer this action to the United States District Court for the District of Massachusetts.

## L.Cv.R. 7(m) CERTIFICATION

Counsel for Lilly has conferred with plaintiffs' counsel, as required by L.Cv.R. 7(m), and plaintiffs do not consent to the relief sought in this Motion.

2

134389v2

WHEREFORE, based on the foregoing reasons and those more fully set forth in the accompanying Memorandum of Points and Authorities in Support of this Motion, Lilly respectfully requests this Court to grant its motion to transfer this case to the District of Massachusetts.

Respectfully submitted,

/s/ Emily J. Laird
Michelle R. Mangrum, D.C. Bar No. 473634
John Chadwick Coots, D.C. Bar No. 461979
Emily J. Laird, D.C. Bar No. 485890
SHOOK, HARDY & BACON, L.L.P
600 14TH Street, NW Suite 800
Washington, D.C. 20005-2004
Phone: (202) 783 -8400
Fax: (202) 783-4211

and

David W. Brooks
Mark C. Hegarty
SHOOK, HARDY & BACON, L.L.P.
2555 Grand Blvd.
Kansas City, MO 64108
Phone: (816) 474-6550
Fax: (816) 421-5547

**ATTORNEYS FOR DEFENDANT
ELI LILLY AND COMPANY**

134389v2

## CERTIFICATE OF SERVICE

      I, the undersigned, hereby certify that a true and accurate copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, this 19th day of December, 2006, which sent notification of such filing to all counsel of record listed below.

Aaron M. Levine
Aaron Levine & Associates
1320 19th St., N.W., Suite 500
Washington, D.C. 20036
**Attorneys for Plaintiff**


              /s/ Emily J. Laird
             **ATTORNEY FOR DEFENDANT**
             **ELI LILLY AND COMPANY**

134389v2