THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
* * * * * * * * * * * * * * * * * * * * * * * * *
LISA M. DEAN and JEFFREY R. DEAN       *
                                        *
and                                     *
                                        *
LYNN ALISON BACKNER and                 *
JAMES STEVEN BACKNER                    *
                                        *   CIVIL ACTION 1:06CV01375
                Plaintiffs,             *
                                        *   JUDGE: Emmet G. Sullivan
        vs.                             *
                                        *
ELI LILLY AND COMPANY,                  *
                                        *
                Defendant.              *
* * * * * * * * * * * * * * * * * * * * * * * * *
```

## ORDER

UPON CONSIDERATION of Defendant Eli Lilly and Company's Motion to Transfer to the District of Massachusetts pursuant to 28 U.S.C. § 1404(a),

IT IS HEREBY ORDERED that Eli Lilly and Company's Motion is granted;

IT IS FURTHER ORDERED that, pursuant to 28 U.S.C. § 1404(a), this case is transferred to the United States District Court for the District of Massachusetts.

Dated: _____, 2006     _____
                                    The Honorable Emmet G. Sullivan

cc:     Appended list of counsel of record

136035v1

## COUNSEL OF RECORD

Aaron M. Levine
Aaron Levine & Associates
1320 19th St., N.W., Suite 500
Washington, D.C. 20036
**Attorneys for Plaintiff**

Michelle R. Mangrum, Esq.
Shook, Hardy & Bacon L.L.P.
600 14th Street, N.W., Suite 800
Washington, D.C. 20005-2004
**Attorneys for Defendant Eli Lilly and Company**