IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LISA M. DEAN, et al., ] | |
| ] | |
| Plaintiffs, ] | |
| ] | |
| v. ] | Civil Action No.: 06-1375 (EGS) |
| ] | Next Event: Deadline for Discovery Requests |
| ELI LILLY AND COMPANY, ] | on December 26, 2006 |
| ] | |
| Defendant. ] | |

**CONSENT MOTION TO EXTEND TIME TO FILE PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION TO TRANSFER TO THE DISTRICT OF MASSACHUSETTS**

COME NOW the Plaintiffs, by and through counsel, with the consent of Defendant Eli Lilly and Company ("Lilly"), and moves the Court to extend the time in which Plaintiffs shall file their Opposition to Defendant's Motion to Transfer to the District of Massachusetts until January 16, 2007, and as grounds therefore states:

1.  Defendant filed its Motion to Transfer to the District of Massachusetts on December 19, 2006, and Plaintiffs' Opposition to same would be due on January 2, 2007.

2.  Defendant's Motion requires a more extensive review and preparation in order for the Plaintiffs to properly respond.

3.  No prior extensions of this deadline have been requested.

4.  Counsel for Defendant Lilly has consented to the granting of this Motion.

WHEREFORE, Plaintiffs respectfully request that this Court enter an Order extending the time in which Plaintiffs shall file their Opposition to Defendant's Motion to Transfer to the District of Massachusetts to January 14, 2007.

        Respectfully submitted,

        AARON M. LEVINE & ASSOCIATES


        /s/ Aaron M. Levine
        AARON M. LEVINE, #7864
        1320 19th Street, N.W.
        Suite 500
        Washington, DC   20036
        202-833-8040

        Counsel for Plaintiffs


Dated: December 27, 2006


## LCvR 7.1(m) CERTIFICATION

Consent to the foregoing Motion to Extend Time to File Plaintiffs' Opposition to Defendant's Motion to Transfer to the District of Massachusetts was granted by counsel for Defendant Lilly on December 27, 2006.


        /s/ Aaron M. Levine
        AARON M. LEVINE, #7864