**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **LISA M. DEAN, et al.,** ] | |
| ] | |
| **Plaintiffs,** ] | |
| ] | |
| v. ] | Civil Action No.: 06-1375 (EGS) |
| ] | Next Event: Deadline for Discovery Requests |
| **ELI LILLY AND COMPANY,** ] | on December 26, 2006 |
| ] | |
| **Defendant.** ] | |

**[PROPOSED] ORDER**

UPON CONSIDERATION of the Consent Motion to Extend Time to File Plaintiffs' Opposition to Defendant Eli Lilly and Company's Motion to Transfer to the District of Massachusetts, and for good cause shown, it is this _____ day of _____, 2006,

ORDERED that Motion be and hereby is GRANTED;

AND IT IS FURTHER ORDERED that Plaintiffs shall file their Opposition to Defendant Eli Lilly and Company's Motion to Transfer to the District of Massachusetts on or before January 16, 2007.

_____
EMMET G. SULLIVAN
United States District Judge