**Appendix 1**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DOREEN SCARAMUZZI, as mother )
and next friend of )
HARRY J. SCARAMUZZI, III, )
a minor, )
            Plaintiffs, )  Civil Action No.: 01-1095
                         )  (EGS) [10]
v. )
)
ELI LILLY AND COMPANY, )
           Defendant. )

FILED

DEC 2 0 2001

NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT

ORDER

Upon consideration of defendant's motion to transfer, counsels' representations at the December 7, 2001 status hearing, and the fact that the parties have already engaged in substantial discovery, it is hereby

ORDERED that defendant's motion to transfer is DENIED without prejudice.

12/15/01
DATE

Emmet G. Sullivan
United States District Judge