# Appendix 5

January 30, 1941

Mr. Eli Lilly
Mr. Rhodehamel
Mr. Ratter
Mr. D. R. Miller
Dr. Rice
Mr. R. W. Wheeler
Mr. W. J. Rice
Research File

TRIP REPORT

Meeting of Representatives of a Group of

Drug Manufacturers Interested in Stilbestrol

Hotel Washington, Washington, D. C.

January 28, 1941

This meeting was called by Mr. Carson P. Frailey, Executive Vice President of the A. D. M. A. as a consequence of the meeting of various representatives with Dr. James J. Durrett and Mr. W. J. Campbell of the Federal Food and Drug Administration in Washington on December 30, 1940. The purpose of the present meeting was to resurvey the available scientific evidence regarding Stilbestrol and to decide what procedure would quickest and most effectively satisfy the Food and Drug Administration with regard to Stilbestrol. The companies represented were:

| | |
|---|---|
| Eli Lilly and Company | Dr. D. C. Hines |
| E. R. Squibb and Sons | Dr. J. A. Herrell |
| | Dr. Church |
| Winthrop Chemical Company | Dr. F. J. Stockman |
| | Dr. J. B. Rice |
| Merck & Co., Inc. | Dr. J. K. Carlisle |
| Abbott Laboratories | Mr. Edgar B. Carter |
| The Upjohn Company | Dr. E. Clifford Upjohn |
| Sharp & Dohme, Inc. | Dr. W. A. Folger |
| John Wyeth & Brother, Inc. | Mr. Ambrose Haasberger, Jr. |
| Charles E. Frosst & Co. | Dr. E. Lozinski |
| Ayerst, McKenna & Harrison, Ltd. | Mr. Hutchinson |
| A. D. M. A. | Mr. Carson P. Frailey |

- 2 -

Dr. E. A. Sharp of Parke, Davis and Company, and Mr. W. D. O'Connell of George A. Breon and Company, Inc., were reported to have desired to come but found themselves unable.

The preliminary discussion was concerned with the attitude of the Administration, and it was the consensus of opinion emphasized particularly by Mr. Findley and Dr. Stockman that the Administration was extremely desirous of receiving the scientific evidence on competitive items such as Stilbestrol in the form of a joint master application containing the scientific evidence from all of the interested companies. Dr. Stockman pointed out that this procedure in the case of sulfathiazole had proven very satisfactory from the point of view of the Administration and the firms involved.

When comments made by Dr. Durrett and Mr. Campbell individually to various of the persons present were repeated and compared, it became evident that in the case of Stilbestrol the Administration will insist on extremely detailed case reports and that most of the articles which have so far been published are inadequate in this respect. The consensus of opinion was that Stilbestrol will not be approved until: 1) statements are furnished from the leading "experts" in the country opining the safety of Stilbestrol and advocating its release; and 2) sufficiently detailed case reports and laboratory studies are submitted to provide an obvious basis for the opinions.

It was agreed that sufficient experimental work had already been done, that most clinicians were favorable, and that the question was largely one of obtaining the opinions and case reports in the proper form. Certain clinicians in New York City seem to be the only ones opposing the release of Stilbestrol at the present time and it was felt that if the evidence furnished by other clinicians could all be presented to them they might alter their stands. Dr. Stockman and Dr. Rice reported some success in this direction already in the case of Dr. Ephraim Shorr.

It was also reported that Dr. Durrett had stated emphatically that the approval of one application would      the approval of all those on file providing that each applicant could show the identity of his product with that approved. All the representatives were willing and anxious to follow the plan of filing a joint application with two exceptions. The representatives of Squibb could promise only that they would pool the data obtained since the last filing of their application. The matter of pooling information obtained previously was subject to the approval of Dr. John Anderson. I was not in a position to assure the group of our cooperation and stated so frankly. It was agreed that none of those joining the group for joint filing would file an application previous to the filing of the joint application.

I was chosen temporary chairman of the meeting and despite my pointing

- 3 -

out my possible inability to serve further was made permanent chairman of the meeting and of the committee which was there appointed for the purpose of actually getting together the material for submission. Other members of this committee were Dr. J. A. Harrell of E. R. Squibb and Sons, Dr. J. B. Rice of Winthrop Chemical Company, and Dr. E. Clifford Upjohn, of The Upjohn Company. Squibb and Winthrop are apparently extremely anxious to get stilbestrol on the market, so that I feel certain there will be no dilatory tactics within this committee.

Following the meeting, the small committee met and outlined a detailed program for gathering the necessary information. This was expected to involve personal contact with each of twenty-four men and groups in Boston, New York City, Philadelphia, Baltimore, Chicago, Madison, St. Louis, and Rochester, Minnesota, the cities mentioned by Dr. Durrett as containing the key men. It was planned that the preliminary data would be submitted to me by March 1.