UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LISA DEAN, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | CIVIL ACTION No. 06-1375(EGS/AK) |
| v. ) | Next Event:   Deadline for Plaintiff's 26(a)(2) |
| ) | February 26, 2007 |
| ELI LILLY AND COMPANY, ) | |
| ) | |
| Defendant. ) | |

### (PROPOSED) ORDER

**UPON CONSIDERATION** of Defendant's Motion to Transfer to the District of Massachusetts, and Plaintiffs' Opposition thereto, and for good cause shown, it is this ___ day of _____, 2007,

**ORDERED** that Defendant's motion be, and hereby is, DENIED.

_____
The Honorable Emmett G. Sullivan
United States District Judge