UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | |
|---|---|
| LISA M. DEAN and JEFFREY R. DEAN | \* |
| | \* |
| and | \* |
| | \* |
| LYNN ALISON BACKNER and | \* |
| JAMES STEVEN BACKNER | \* |
| | \* |
| Plaintiffs, | \* |
| | \* |
| vs. | \* |
| | \* |
| ELI LILLY AND COMPANY, | \* |
| | \* |
| Defendant. | \* |

CIVIL ACTION 1:06-CV-01375

JUDGE: Emmet G. Sullivan

\* \* \* \* \* \* \* \* \*\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

ELI LILLY AND COMPANY'S
CONSENT MOTION TO AMEND SCHEDULING ORDER

COMES NOW defendant Eli Lilly and Company ("Lilly"), by and through counsel, and moves this Court to amend the current September 25, 2006 Scheduling Order to extend the discovery deadline and all other remaining deadlines on the Scheduling Order by 45 days upon the following grounds:

1.     The present action is a pharmaceutical case in which plaintiffs allege that Lisa M. Dean and Lynn Backner suffered injuries as a result of their alleged *in utero* exposure to diethylstilbestrol ("DES").

2.     The parties have made all efforts to complete discovery by the established discovery dates. Lilly has served interrogatories and requests for production on plaintiffs, which plaintiffs have responded to. Lilly has responded to plaintiffs' interrogatories, requests for

production and requests for admissions. Lilly has collected records and produced the same. Additionally, Lilly has already deposed the four plaintiffs and a fact witness.

3.    Because of scheduling conflicts, deposition dates have not yet been set for two key witnesses identified by the plaintiffs, the presumed treating physicians of plaintiffs Lisa M. Dean and Lynn Backner. Counsel for Lilly and plaintiffs have communicated numerous times to set mutually-convenient dates for the two depositions, but have been unable to identify any such dates prior to the current close of discovery. Discussions are on-going for setting dates for the depositions. A 45-day extension of the current Scheduling Order deadlines would allow the parties to complete this necessary discovery.

4.    No prior extensions of this Scheduling Order have been requested.

5.    Counsel for plaintiffs has consented to the granting of this Motion.

6.    Extending the Scheduling Order by 45 days will result in the following amendment to the Scheduling Order:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Discovery Closes | May 29, 2007 | July 13, 2007 |
| Dispositive Motions Filed | June 28, 2007 | August 13, 2007 |
| Pretrial Conference | August 2007 | September-October 2007 |

WHEREFORE, defendant Eli Lilly and Company respectfully requests that the Court enter an Order amending its September 25, 2006 Scheduling Order to extend the discovery deadline and all remaining deadlines by 45 days.

139655v1

Respectfully submitted,


_/s/ Judith O'Grady_____
Michelle R. Mangrum, D.C. Bar No. 473634
John Chadwick Coots, D.C. Bar No. 461979
Emily J. Laird, D.C. Bar No. 485890
Judith L. O'Grady, D.C. Bar No. 494290
SHOOK, HARDY & BACON, L.L.P
600 14TH Street, NW Suite 800
Washington, D.C. 20005-2004
Phone: (202) 783 -8400
Fax: (202) 783-4211

and

David W. Brooks
Mark C. Hegarty
SHOOK, HARDY & BACON, L.L.P.
2555 Grand Blvd.
Kansas City, MO 64108
Phone: (816) 474-6550
Fax: (816) 421-5547
**ATTORNEYS FOR DEFENDANT
ELI LILLY AND COMPANY**


## LCvR 7.1(m) CERTIFICATION

Counsel for the defendant Eli Lilly and Company consulted with counsel for the plaintiffs as required by Local Rule LCvR 7.1(m) on May 23, 2007, and plaintiffs' counsel does not object to the relief sought in this motion.


_/s/ Judith O'Grady_____
**ATTORNEY FOR DEFENDANT
ELI LILLY AND COMPANY**

139655v1

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a true and accurate copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, this 24th day of May, 2007, which sent notification of such filing to all counsel of record listed below.

Aaron M. Levine
Aaron Levine & Associates
1320 19th St., N.W., Suite 500
Washington, D.C. 20036
**Attorneys for Plaintiff**

/s/ Judith O'Grady
**ATTORNEY FOR DEFENDANT**
**ELI LILLY AND COMPANY**

139655v1