UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | |
|---|---|
| LISA M. DEAN and JEFFREY R. DEAN | |
| and | |
| LYNN ALISON BACKNER and JAMES STEVEN BACKNER | CIVIL ACTION 1:06-CV-01375 |
| Plaintiffs, | JUDGE: Emmet G. Sullivan |
| vs. | |
| ELI LILLY AND COMPANY, | |
| Defendant. | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

UPON CONSIDERATION of defendant Eli Lilly and Company's Consent Motion to Amend Scheduling Order,

IT IS HEREBY ORDERED that the Motion is granted; the Scheduling Order of September 25, 2006 shall be modified as follows:

| Event | New Deadline |
|---|---|
| Discovery Closes | July 13, 2007 |
| Dispositive Motions Filed | August 13, 2007 |
| Pretrial Conference | September-October 2007 |

Dated: _____, 2007      _____
                                  Emmet G. Sullivan
                                  United States District Judge

cc:   Appended list of counsel of record

139665v1-

## COUNSEL OF RECORD

Aaron M. Levine, Esq.
Aaron Levine & Associates
1320 19th St., N.W., Suite 500
Washington, D.C. 20036
**Attorneys for Plaintiffs**

Michelle R. Mangrum, Esq.
Shook, Hardy & Bacon L.L.P.
600 14th Street, N.W., Suite 800
Washington, D.C. 20005-2004
**Attorneys for Defendant
Eli Lilly and Company**