**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| LISA M. DEAN, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Civil Action No. 06-1375 (EGS) |
| | ) |
| ELI LILLY & CO., | ) |
| | ) |
| Defendant. | ) |

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is by the Court hereby

**ORDERED** that defendant's motion to transfer is **GRANTED**; and it is

**FURTHER ORDERED** that this case is **TRANSFERRED** to the United States District Court for the District of Massachusetts.

**SO ORDERED.**

**Signed:   Emmet G. Sullivan
United States District Judge
June 1, 2007**